## KELLOGG v. WILLIAMS.

THIS was an action against the sheriff of Hartford county, for the *nonfeasance* of one of his deputies, in not levying and returning several writs of execution, in favor of the plaintiff. The case was — That the late Mr. Hosmer having large demands against Kellogg, received of him, to collect and apply on account of said demands, certain promissory notes, from which arose three executions, which were the foundation of this suit. The executions were, by Mr. Hosmer, delivered into the hands of one Sumner, then a deputy of the defendant: Two of them he collected, and accounted for with Mr. Hosmer in his life; for the other he gave his note afterwards to Mr. Hosmer's administratrix, who indorsed the execution satisfied.— These facts were put in issue, and a verdict found for the defendant. The plaintiff moved in arrest, on the ground, that the issue was immaterial.

The question upon the motion was, whether the settlement of the last execution with the administratrix was authorized, and bars the plaintiff? — For the plaintiff, it was contended, that as to him it was void: That Mr. Hosmer had no power but that of an attorney, which died with him, and could not vest in his administratrix: — But,

By the COURT. The case is — That Mr. Hosmer had the executions, not merely as an attorney, but as an assignee,

to discount the avails upon his demand against Kellogg; and had, therefore, a property o. interest in the executions, which came to his administratr. , and validated the settlement with her, as to all persons concerned.

The motion was, therefore, ruled insufficient.